UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

   v.

JAMES DONATO,

        Defendant.

Case No. 20-cv-00894-HSG

**ORDER OF DISMISSAL**

On February 6, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Court informed plaintiff that this action was deficient because he had not paid the $400 filing fee or submitted a complete *in forma pauperis* application. Dkt. No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 2. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application. Plaintiff is able to communicate with the Court, as indicated by his recent motion. Dkt. No. 6. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 4/29/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge