UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br>        Plaintiff,<br>v.<br>JAMES DONATO,<br>        Defendant. | Case No. 20-cv-00894-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge